# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MICHAEL ROBERT STEWART,

          Plaintiff,

          v.

BERNARD WARNER and STEVE SINCLAIR,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-13-5011-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Complaint is DISMISSED WITHOUT PREJUDICE.

April 29, 2013  
*Date*

SEAN F. McAVOY  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia